JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9487
www.jk-llp.com

May 8, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The initial case management conference is rescheduled to June 25, 2026 at 10:30 AM. The call-in information is the same as the Court's previous Order at Dkt. No. 13.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 11, 2026

Re:   *Serrano v. 71 Worth LLC et al. -* **Case No. 1:26-1348 – Plaintiff's Request to Adjourn Initial Conference**

Dear Judge Willis,

We represent Plaintiff Kevin Serrano in the above-referenced action, and we write with the consent of Defendants, to request that the Court adjourn the initial conference currently scheduled for May 28, 2026 to allow the parties to complete mediation prior to the conference. *See* Dkt. No. 13.

As the Court is aware, this is a Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") class and collective action. *See* Dkt. No. 1. On February 17, 2026, Plaintiff filed the initial complaint, and on April 28, 2026, Defendants filed their Answer. *See* Dkt. Nos. 1, 12. On April 8, 2026, Judge Broderick referred this case to mediation under the FLSA Early Mediation Pilot Program ("Mediation Order"). *See* Dkt. No. 10. Under the Mediation Order, the Court order the parties to complete mediation prior to the Fed. R. Civ. P. 16(b) case management conference. Under the Mediation Order, the parties have until June 8 to complete mediation. *Id.* The parties have conferred with the Court appointed mediator and have scheduled the mediation for June 9. *See* Minute Order, May 8, 2026.

Thus, Plaintiff, with the consent of Defendants, requests that Your Honor adjourn the May 28, 2026, initial conference to a date after June 9 – the date on which the parties have agreed to mediate. This would allow the parties to comply with the mediation order and to hopefully resolve the case without incurring unnecessary costs. This is the parties first request for an adjournment of this conference. The request is made on consent of both parties.

We thank your Honor for your careful consideration of this matter.

1

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640

*Attorney for Plaintiff, and*
*the Putative Collective and Class*