JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9487
www.jk-llp.com

May 19, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The request is GRANTED. The ICMC is adjourned to **July 23, 2026 at 10:30 AM.** The call-in information will remain the same. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 20, 2026

Re:   *Serrano v. 71 Worth LLC et al.* - **Case No. 1:26-1348 – Plaintiff's Second Request to Adjourn Initial Conference**

Dear Judge Willis,

We represent Plaintiff Kevin Serrano in the above-referenced action, and we write jointly Defendants, to request that the Court adjourn the initial conference currently scheduled for June 25, 2026 to allow the parties to complete mediation prior to the conference. *See* Dkt. No. 15. We are requesting an adjournment of this conference because the mediation in this case has been rescheduled for July 13, 2026. This is the second request for an adjournment of this conference.

As the Court is aware, this is a Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") class and collective action and the parties have been ordered to participate in the Court's FLSA Early Mediation Pilot Program ("Mediation Order"). *See* Dkt. Nos. 1, 10. The parties initially scheduled the mediation for June 9. *See* Minute Order, May 8, 2026. However, subsequently, Plaintiff became aware of an unavoidable conflict on this date. The parties, along with the court appointed mediator, have met and conferred, and, due to Defense counsel's extremely busy litigation schedule, the next available date for the mediation is July 13, 2026. The mediation office has scheduled the mediation for July 13. *See* Minute Order, May 18, 2026.

Thus, Plaintiff and Defendants request that Your Honor adjourn the June 25 initial conference to a date after July 13. This would allow the parties to complete mediation prior the conference and to hopefully resolve the case without incurring unnecessary costs. The parties have been in close dialogue regarding settlement and are hopeful that they will be able to settle the case prior to initial conference.

We thank your Honor for your careful consideration of this matter.

1

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640

*Attorney for Plaintiff, and*
*the Putative Collective and Class*